# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1299.  ROLANDAS MILINAVICIUS v. THE STATE.**

Following a jury trial, Rolandas Milinavicius was convicted of two counts each of malice murder, felony murder, aggravated assault, and possession of a firearm during the commission of a felony. His convictions were affirmed on appeal. *See Milinavicius v. State*, 290 Ga. 374 (721 SE2d 843) (2012). In 2018, Milinavicius filed a pro se motion seeking, among other things, copies of the grand jury proceedings and the indictment in his case pursuant to the Georgia Open Records Act. The trial court dismissed the motion, and Milinavicius then filed the instant direct appeal.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764, 764-765 (740 SE2d 124) (2013).

Accordingly, Milinavicius's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __02/01/2019__
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*